ERRATA

In *Worldwide Door Components, Inc. v. United States*, Court No. 19-00012, Public Slip Op. 20-128, dated August 27, 2020

Page 1: On line 13, delete the word "Gibson" after the first comma.

August 28, 2020