IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **WORLDWIDE DOOR COMPONENTS, INC.,**<br>　　　　　　**Plaintiff,**<br>　　　v.<br>**UNITED STATES,**<br>　　　　　　**Defendant,**<br>　　　and<br>**ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE and ENDURA PRODUCTS, INC.,**<br>　　　　　　**Defendant-Intervenors.** | Before: Hon. Timothy C. Stanceu,<br>　　　　　Senior Judge<br>Court No. 19-00012 |

## NOTICE OF APPEAL

Notice is hereby given that Aluminum Extrusions Fair Trade Committee, Defendant-Intervenor in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Worldwide Door Components, Inc. v. United States*, Ct. No. 19-00012, slip op. 22-143 (Ct. Int'l Trade Dec. 16, 2022), ECF No. 109; Judgment, Ct. No. 19-00012 (Ct. Int'l Trade Dec. 16, 2022), ECF No. 110.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Robert E. DeFrancesco, III*
　　　　　　　　　　　　　　　　　　　Alan H. Price, Esq.
　　　　　　　　　　　　　　　　　　　Robert E. DeFrancesco, III, Esq.
　　　　　　　　　　　　　　　　　　　Elizabeth S. Lee, Esq.

　　　　　　　　　　　　　　　　　　　**WILEY REIN LLP**
　　　　　　　　　　　　　　　　　　　2050 M Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　(202) 719-7000

　　　　　　　　　　　　　　　　　　　*Counsel for Aluminum Extrusions Fair Trade Committee*

Dated: February 14, 2023